UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:14-cv-00296-JES-CM

JOSHUA BASHORE, on his own behalf and
others similarly situated,

    Plaintiff,

v.

PERFORMANCE PLUMBING OF SOUTHWEST
FLORIDA, INC., a Florida corporation, LARRY
LANGLEY, individually, and RANDAL
LANGLEY, individually,

    Defendants.
_____/

## MOTION TO STRIKE DEFENDANT'S *PRO SE* ANSWER TO COMPLAINT

    Plaintiff, JOSHUA BASHORE, by and through his undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Local Rules for the Middle District of Florida, requests the entry of an Order striking Defendant, PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC.'s ("Defendant"), *Pro Se* Answer to the Complaint and states:

    1.    This is a case arising under the Fair Labor Standards Act ("FLSA").

    2.    On May 30, 2014, Plaintiff initiated this action on behalf of himself and others similarly situated to recover unpaid overtime wages. [D.E. #1]. Plaintiff named as Defendants, PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC., LARRY LANGLEY, and RANDAL LANGLEY.

    3.    On July 2, 2014, in response to the Complaint, a purported answer to the Complaint was filed by the Company's President, LARRY LANGLEY [D.E. 5]. No other response the Complaint has been filed, and no return of service has been filed for the individual

defendants. Therefore, the answer is intended to be a *pro se* answer at least on behalf of PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC.

4. Mr. Langley is neither an attorney nor is he licensed by the Florida Bar to practice law. As a result, Mr. Langley cannot represent a business organization, "either personally or derivatively, without counsel," and thus the Answer must be stricken. *Padron Warehouse Corp. v. Realty Assocs. Fund III, L.P.*, 2005 U.S. Dist. LEXIS 18417, *2 (S.D. Fla. July 28, 2005).

5. It is axiomatic that a corporation must be represented by an attorney. *See Padron Warehouse Corp.*, 2005 U.S. Dist. LEXIS 18417 at *2 (*citing Palazzo v. Gulf Oil Corp.*, 764 F. 2d 1381, 1385 (11th Cir. 1985) ("[t]he general rule applies even where the person seeking to represent the corporation **is its president**" (emphasis added))); *see also SEC v. Merchant Capital, LLC*, 2012 U.S. App. LEXIS 16359, FN1 (11th Cir. Aug. 7, 2012) ("It is well established, [] that a business organization cannot appear *pro se* and must be represented by counsel."); *Torres-Oquendo v. Correa - Kahil Auto Sales, Inc.*, 2012 U.S. Dist. LEXIS 149270, *1 (S.D. Fla. Oct. 17, 2012) ("a corporation [] cannot proceed *pro se*"); *Ass'n for Disabled Americans v. Diplomat Golf & Racquet Club Condo. Ass'n*, 2012 U.S. Dist. LEXIS 147984, *1-2 (S.D. Fla. Oct. 12, 2012) ("Federal law clearly establishes that a corporation cannot appear *pro se* and must be represented by counsel."). A corporation is an "artificial entity that can only act through agents, cannot appear *pro se*, and must be represented through counsel." *Padron Warehouse Corp.*, 2005 U.S. Dist. LEXIS 18417 at * 2.

6. Accordingly, as a matter of law, the Answer must be stricken with respect to Defendant, PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC., and the company must be required to seek counsel to represent it.

7. To the extent it is Defendants' position that the Answer is intended to be a response only on behalf of the individual Defendants, the entity Defendant is in default, and Plaintiff seeks the entry of a Clerk's Default pursuant to Rule 12 of he Federal Rules of Civil Procedure.

8. Plaintiff filed the instant action on May 30, 2014. On June 10, 2014, Defendant, PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC. was served with the Complaint. [D.E.4]. Accordingly, an Answer to the Complaint was due 21 days later on July 1, 2014. The only document that has been filed as a response to the Complaint is what purports to be a *pro se* answer. To the extent this "answer" was not a response on behalf of PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC., the company has failed to respond to the Complaint, and there has been no request for an extension of time to respond to the Complaint. Accordingly, Plaintiff requests an entry of a default by the Clerk as to Defendant, PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC.

WHEREFORE, Plaintiff, JOSHUA BASHORE, requests the entry of an Order striking the Defendant, PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC.'s, *pro se* Answer. Alternatively, to the extent the *pro se* Answer was only filed on behalf of the individual Defendants, Plaintiff requests the entry of a default against PERFORMANCE PLUMBING OF SOUTHWEST FLORIDA, INC. by the Clerk. Plaintiff further prays that the Court grant any other relief it deems just.

Dated: July 11th, 2014  Respectfully submitted,
Boca Raton, Florida

                                         **s/ CAMAR R. JONES**
                                         Camar R. Jones (Fla Bar No.: 720291)
                                         E-mail: cjones@shavitzlaw.com
                                         SHAVITZ LAW GROUP, P.A.
                                         1515 S. Federal Highway, Suite 404
                                         Boca Raton, Florida 33432
                                         Telephone: 561-447-8888
                                         Facsimile:  561-447-8831

## CERTIFICATE OF SERVICE

       I hereby certify that on July 11th, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                         **s/CAMAR R. JONES**
                                         Camar R. Jones

## SERVICE LIST
*Bashore v. Performance Plumbing of Southwest Florida, Inc.*
*Case No. 2:14-cv-00296-JES-CM*
*United States District Court for the Middle District of Florida*

Performance Plumbing of Southwest Florida, Inc.
Larry Langley
Randal Langley
1882 40th Terrace S.W.
Naples, FL 34116

Served via U.S. Mail