UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA BASHORE, on his own
behalf and others similarly situated

      Plaintiff,

v.                                  Case No:   2:14-cv-296-FtM-29CM

PERFORMANCE PLUMBING OF
SOUTHWEST FLORIDA, INC.,
LARRY LANGLEY and RANDAL
LANGLEY,

      Defendants.
_____

## ORDER

      Before the Court is Defendant Larry Langley's Motion to Delete Page of Filing (Doc. 18), filed on September 24, 2014.  Mr. Langley moves to substitute page 20 of the attachment to his Response to Complaint and Demand for Jury Trial (Doc. 15-1) with the page submitted as an attachment to the instant motion (Doc. 18-1).  The information Defendant seeks to redact is the Plaintiff's home address, telephone number, date of birth and social security number.

      Federal Rule of Civil Procedure 5.2 sets forth the type of information that may be subject to redaction for privacy protection, and it does not include the address or telephone number of a plaintiff who is not a minor, as in this case.  However, Rule 5.2 states that only the last four digits of an individual's social security number and only the year of the individual's birth may be included in court filings.  Fed. R. Civ. P. 5.2(a)(1)-(2).  Although the proposed submission has redacted additional

information not permitted to be redacted by Rule 5.2, because Defendant is proceeding *pro se* the Court will accept the proposed filing.

The Court also notes that the motion does not include the certification that Mr. Langley conferred with counsel for Plaintiff prior to filing the motion, as required by Middle District of Florida Local Rule 3.01(g). Defendant is reminded that even though he is currently proceeding *pro se*, it is mandatory that he proceed in accordance with Federal and Local Rules.[1] *Loren v Sasser*, 309 F.3d 1296, 1304 (11th Cir. 2002) (noting that despite certain leniency afforded *pro se* parties, they must follow procedures). **Failure to do so in the future will result in the motion being stricken without further notice**.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant Larry Langley's Motion to Delete Page of Filing (Doc. 18) is **GRANTED**. The Clerk of Court is directed to remove page 20 of Doc. 15-1 from the docket, and replace it with Doc. 18-1.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of September, 2014.

CAROL MIRANDO
United States Magistrate Judge

---

[1] The Court's Local Rules may be found at www.flmd.uscourts.gov. The website also contains a section entitled "Proceeding Without a Lawyer" that may assist Mr. Langley as he continues to represent himself in his individual capacity in this matter.

Copies:
*Pro se* party
Counsel of record