```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

JOSHUA BASHORE, on his own
behalf and others similarly
situated,

       Plaintiff,

v.                                    Case No: 2:14-cv-296-FtM-29CM

PERFORMANCE PLUMBING OF
SOUTHWEST FLORIDA, INC., a
Florida corporation, LARRY
LANGLEY, individually, and
RANDAL LANGLEY, individual,

       Defendants.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #41), filed February 9, 2016, recommending that the parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #40) be granted and the Settlement Agreement (Doc. #40-1) be approved as a fair and reasonable resolution of a bona fide dispute under the FLSA.  The parties filed a Joint Notice of No Objection to Report and Recommendation Re: Joint Motion for Approval of Settlement and Dismissal of this Action with Prejudice (Doc. #42) on February 11, 2016.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #41) is hereby **adopted** and the findings incorporated herein.

2.   The parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. #40) is **granted** and the Settlement Agreement (Doc. #40-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3.  The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __16th__ day of February, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties